THOMAS WHITE, Respondent, *v.* THE CITY OF BROOKLYN,
Appellant.

(Argued October 11, 1893; decided October 27, 1893.)

APPEAL from judgment of the General Term of the City
Court of Brooklyn, entered upon an order made July 27,
1892, which affirmed a judgment in favor of plaintiff entered
upon a decision of the court on trial at Special Term.

*William F. Gilbert* for appellant.

*William E. Osborn* for respondent.

Agree to affirm on opinion in *White* v. *City of Brooklyn*
(122 N. Y. 53), with ten per cent damages, under section 3251
of the Code of Civil Procedure.
All concur.
Judgment affirmed.

———————

JOHN M. HOLMES, Appellant, *v.* THE UNION TELEGRAPH AND
TELEPHONE COMPANY, Respondent.

(Submitted October 11, 1893; decided October 27, 1893.)

APPEAL from judgment of the General Term of the Supreme
Court in the third judicial department, entered upon an order
made December 17, 1891, which affirmed a judgment in favor
of defendant entered upon a verdict.

*A. J. Cheritree* for appellant.

*Richard L. Hand* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.